**FILED**

**IN THE UNITED STATES DISTRICT COURT**    OCT 1 1 2000

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

**FOR THE DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

**ENTERED**
10-11-00

| | |
|---|---|
| NESCO, INC.,               ) | |
|               ) | |
| Plaintiff,      ) | |
|       ) | |
| vs.       ) | C.A. No. **3:00-3201-19** |
|       ) | |
| RICHARD ANDREWS and ARM   ) | |
| ENVIRONMENTAL SERVICES, INC.,  ) | |
|       ) | |
| Defendants.     ) | |
|       ) | |

## ORDER

This case is before the Court on plaintiff NESCO, Inc.'s ("NESCO") Motion for Temporary Restraining Order.

The Court shall deny NESCO's motion for two reasons. First, NESCO has not certified in writing why notification to the defendant should not be required. Second, NESCO has not clearly shown that it will sustain irreparable harm before the defendant can be heard in opposition. The primary injury NESCO alleges is a loss of clients. If such an injury occurs, it appears that NESCO, if it prevails in its claim, would have an adequate remedy in money damages.[1]

**IT IS THEREFORE ORDERED** this the _11th_ day of October, 2000, at Columbia, South Carolina, that NESCO's Motion for Temporary Restraining Order be **DENIED**. A

---

[1]The Court is also not persuaded that NESCO has shown any likelihood of success on the merits. It does not appear that defendant Andrews executed any sort of non-disclosure agreement, and NESCO has not provided enough specific facts establishing that the information defendant Andrews possesses constitutes a trade secret.

hearing on NESCO's Motion for Preliminary Injunction shall be held on **October 18, 2000,** at **2:00 p.m.** The clerk shall mail a copy of this Order to the defendants at the address on the summons. The parties shall file briefs on the motion, if at all, by no later than noon on **October 17, 2000**.

**DENNIS W. SHEDD**
**UNITED STATES DISTRICT JUDGE**

AO 72A
(Rev.8/82)